UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENWICH FINANCIAL SERVICES DISTRESSED MORTGAGE FUND 3, LLC, and QED LLC, on behalf of themselves and all other persons similarly situated,<br><br>   Plaintiffs,<br><br>   -against-<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>   Defendants. | 08 CV 11343 (RJH) (KNF)<br><br>**NOTICE OF MOTION TO REMAND** |

   PLEASE TAKE NOTICE that, upon the Complaint, Notice of Removal, and all previous papers and proceedings in this action, plaintiffs Greenwich Financial Services Distressed Mortgage Fund 3, LLC, and QED LLC will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to 28 U.S.C. § 1447 remanding this case to the Supreme Court of the State of New York, County of New York, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
   January 13, 2009

               Respectfully submitted,

               GRAIS & ELLSWORTH LLP

               */s/ David J. Grais*

               _____
                David J. Grais (DG-7118)
                J. Bruce Boisture[*]
                Owen L. Cyrulnik

               70 East 55th Street
               New York, New York 10022
               (212) 755-0100
               (212) 755-0052 (fax)

               Attorneys for Plaintiffs

---

[*] Admitted only in Connecticut.