USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 9 2009

S.D.N.Y.-N.Y.C.
08-cv-11343
Holwell, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of December, two thousand nine,

Present:
    José A. Cabranes,
    Barrington D. Parker,
        *Circuit Judges*,
    P. Kevin Castel,*
        *District Judge*.



UNITED STATES COURT OF APPEALS
FILED
DEC 17 2009
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Greenwich Financial Services Distressed Mortgage Fund 3 LLC, *et al.*,

    *Plaintiffs-Respondents*,

v.

09-3660-mv

Countrywide Financial Corporation, *et al.*,

    *Defendants-Petitioners*.

Petitioners, through counsel, move, pursuant to 28 U.S.C. § 1453(c), for leave to appeal the district court's order granting Respondents' motion to remand to state court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED and the appeal will be considered on an expedited basis in accordance with 28 U.S.C. § 1453(c)(2). Appellants' brief and the Appendix are due no later than **Tuesday, December 29, 2009, at noon**. Appellees' brief is due no later than **Friday, January 15, 2010, at noon**. Appellants' reply brief is due no later than **Wednesday, January 27, 2010, at noon**. The parties are directed that service on opposing counsel shall be effected by the

---

* Judge P. Kevin Castel, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-MWG

Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

filing deadlines. The Clerk of Court is instructed to set a hearing date that will ensure that a timely decision can be rendered within 60 days of the filing of this order. *See DiTolla v. Doral Dental IPA*, 469 F.3d 271, 274-75 (2d Cir. 2006) ("[The Class Action Fairness Act's] 60-day clock for rendering judgment starts running on the date that the Court's order granting permission to appeal is filed.").

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*
Richard Alcantara, Deputy Clerk